NAOMI SHEFFIELD, OSB No. 170601
Sr. Deputy City Attorney
naomi.sheffield@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| MARK USHER, STEVEN BLACK, SCOTT RUPP, JENNIFER BRYANT, individually and on behalf of others similarly situated, | Case No. 3:21-cv-00937 |
| Plaintiffs, | ATTORNEYS OF RECORD |
| v. | |
| CITY OF PORTLAND, an Oregon municipal corporation, | |
| Defendant. | |

Additional Attorneys of Record for Plaintiffs:

> Juan Chavez, OSB No. 136428
> Franz H Bruggemeier, OSB No. 163533
> Oregon Justice Resource Center
> PO Box 5248
> Portland, Oregon 97208
> P: (503) 563-3357

> Kelly Donovan Jones, OSB No. 074217
> The Law Office of Kelly D. Jones
> 819 SE Morrison Street, Suite 255
> Portland, OR 97214
> P: (503) 847-4329

Additional Attorney of Record for Defendant:

> William W. Manlove, OSB No. 891607
> City of Portland, City Attorney's Office
> 1221 SW 4th Ave., Rm. 430
> Portland, OR 97204
> P: (503) 823-4047

Page 1 – ATTORNEYS OF RECORD