NAOMI SHEFFIELD, OSB #170601
Sr. Deputy City Attorney
naomi.sheffield@portlandoregon.gov
WILLIAM W. MANLOVE, OSB #891607
Sr. Deputy City Attorney
william.manlove@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **MARK USHER, STEVEN BLACK, SCOTT RUPP, JENNIFER BRYANT, individually and on behalf of others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF PORTLAND, an Oregon municipal corporation,**<br><br>**Defendant.** | Case No. 3:21-cv-00937-IM<br><br>**DECLARATION OF NAOMI SHEFFIELD**<br><br>(In Support of Stipulated Motion for Extension of Time for Filing Appearance and Discovery Deadlines) |

I, Naomi Sheffield, being first duly sworn, do depose and say:

1.    I am a Senior Deputy City Attorney employed by the City of Portland in the Office of the City Attorney.

2.    I have prepared this declaration in support of Stipulated Motion for Extension of Time for Filing Appearance and Discovery Deadlines.

/ / /

Page  1  –  DECLARATION OF NAOMI SHEFFIELD

3.	Defendant City of Portland ("Defendant") received a copy of the above-captioned Complaint on May 24, 2021.

4.	Defendant filed a Removal Notice removing this action from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon, Portland Division on June 23, 2021.  (ECF 1).

5.	On June 24, 2021, Defendant requested an Order allowing a 30-day extension of time from Wednesday June 30, 2021, up to and including Friday, July 30, 2021, to file their first appearance in Plaintiffs' action.  (ECF 3, 4).

6.	The Court granted Defendant's motion on June 25, 2021.  (ECF 5).

7.	On July 26, 2021 Defendant requested an Order allowing a 21-day extension of time from Friday, July 30, 2021, up to and including Friday, August 20, 2021, to file their first appearance in Plaintiffs' action.  (ECF 6, 7).

8.	The Court granted Defendant's motion on July 27, 2021.  (ECF 8).

9.	Defendant requested an Order allowing a 39-day extension of time from Friday, August 20, 2021, up to and including Tuesday, September 28, 2021, to file their first appearance in Plaintiffs' action.  (ECF 9, 10).

10.	The Court granted Defendant's motion on August 17, 2021.  (ECF 11).

11.	The parties began discussions regarding potential resolution of this case in June 2021. Attorneys for the parties have met in person or by video call on June 2, 2021, July 19, 2021, July 22, 2021, August 9, 2021, August 12, 2021, and September 13, 2021.

12.	The parties continue to engage in productive discussions regarding settlement of this case. The attorneys have another meeting scheduled for Monday, September 27, 2021.

/ / /

Page  2  –  DECLARATION OF NAOMI SHEFFIELD

13. Plaintiffs' attorney, Juan C. Chavez, in response to an email from me providing a copy of defendant's Stipulated Motion for Extension of Time for Filing Appearance and Discovery Deadlines, confirmed on September 24, 2021 that it was acceptable to Plaintiffs.

14. The purpose of the motion is to allow the attorneys additional time to confer on an acceptable resolution of this case. Defendant City of Portland's Stipulated Motion for Extension of Time for Filing Appearance and Discovery Deadline is presented in good faith and not for reasons of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED:  September 24, 2021.

                                                    */s/ Naomi Sheffield*
                                                  Naomi Sheffield

Page  3  –  DECLARATION OF NAOMI SHEFFIELD

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVE., RM. 430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089