Michael Fuller, OSB No. 09357
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
503-222-2000

Franz H Bruggemeier, OSB No. 163533
fbruggemeier@ojrc.info
Walter Fonseca, OSB No. 136349
wfonseca@ojrc.info
Oregon Justice Resource Center
PO Box 5248
Portland, Oregon 97208
503-944-2270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MARK USHER, STEVEN BLACK, SCOTT RUPP, JENNIFER BRYANT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PORTLAND,<br><br>Defendant. | Case No.: 3:21-CV-00937-IM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(i), all Plaintiffs—Mark Usher, Steven Black, Scott Rupp,

and Jennifer Bryant—provide notice of their voluntary dismissal of this action without prejudice

against Defendant City of Portland and without costs to either party. Defendant has been served

1 -- NOTICE OF VOLUNTARY DISMISSAL

the Complaint and Summons but has not yet answered, moved for summary judgment, or otherwise appeared. The parties, having had over a dozen conversations regarding resolution of this case, have agreed that Plaintiffs would dismiss once the City adopted certain written policies regulating the process of removing unhoused residents from living in public places after providing notice required by state law. Defendant City has done so, and Plaintiffs now provide this Court with their Notice of Voluntary Dismissal.

DATED: May 9, 2022.

/s/ Franz H. Bruggemeier
Franz H. Bruggemeier
Oregon Justice Resource Center
PO BOX 5248
Portland, Oregon 97208
Tel: (503) 944-2270 ext. 204
Email: fbruggemeier@ojrc.info
Of Attorneys for Plaintiffs

2 -- NOTICE OF VOLUNTARY DISMISSAL